**Tese & Milner**
**Attorneys for Angela Tese-Milner, Chapter 7 Trustee**
**One Minetta Lane**
**New York, New York 10012**
**(212) 475-3673**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
In re:

PLANET TOYS, INC.,                Chapter 7

               Case No. 09-11227(RG)

      Debtor.

_____X

## AFFIRMATION OF UNCASHED DIVIDENDS

  Angela Tese-Milner, Chapter 7 Trustee of the estate of Planet Toys, Inc. certifies that on or about 04/21/15 she mailed out the following checks:

| Number | Payee | Address | Amount |
|---|---|---|---|
| 143 | Music World Kids, LLC | c/o Henry Fastoff, IV<br>Stumpf Farrimond P.C.<br>14 Post Oaks Blvd., 4th Fl.<br>Houston Tx. 77056 | 16,380.19 |
| 132 | ADT Security Svcs., Inc. | 14200 E. Exposition Ave.<br>Aurora Co., 80012 | 10.50 |
| 142 | Chrysler Group LLC | 10100 Santa Monica Blvd. Suite 600<br>Los Angeles, Ca. 90067 | 3,202.79 |
| 152 | CIT Technology Financing Svcs. | Bankruptcy Processing Solutions<br>800 E. Sonterra Blvd, Suite 240<br>San Antonio, Tx. 78258 | 347.62 |
| 148 | Sweet Spot Studio, Inc. | 8 Leary Lane, Suite 4<br>Edgewater, N.J., 07029 | 121.30 |
| 150 | Pitney Bowes Inc. | Recovery Dept.<br>27 Waterview Drive<br>Shelton Conn., 06484 | 73.47 |

and that said checks remain uncashed, and that on or about 6/29/15 and 8/11/15 she requested a stop payment of said checks, which were successful.

The Trustee hereby submits checks in the aggregate amount of $20,135.87 to the Clerk of the U.S. Bankruptcy Court, S.D.N.Y.

Dated: New York, New York
     September 10, 2015                              s/Angela Tese-Milner_____
                                                             Angela Tese-Milner, Esq. (ATM-9110)

C:  Office of the United States Trustee